IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| BUILD GROUP, INC., a California corporation and VIRGINIA STREET JOINT VENTURE, LLC, a Delaware limited liability company , <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | No. 2:26-cv-00448 <br><br> COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES <br><br> **JURY DEMAND** |

## **PARTIES**

1. Plaintiff Build Group, Inc. ("Build Group") is and was at all relevant times a corporation duly organized under the laws of California with its principal place of business in San Francisco, California, and is and was at all relevant times doing business in the State of Washington.

2. Plaintiff Virginia Street Joint Venture, LLC ("Virginia Street") is and was at all relevant times a limited liability corporation formed under the laws of Delaware with its

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 1

principal place of business in Seattle, Washington, and is and was at all relevant times doing business in the State of Washington.

3. Virginia Street is wholly-owned by Third and Virginia Holdings LLC, with Third and Virginia Holdings LLC serving as the sole member of Virginia Street. Third and Virginia Holdings LLC is and was at all relevant times a limited liability corporation formed under the laws of Washington with its principal place of business in Seattle, Washington.

4. Third and Virginia Holdings LLC is wholly-owned by Westbank Holdings (US) Ltd., with Westbank Holdings (US) Ltd. serving as the sole member of Third and Virginia Holdings LLC. Westbank Holdings (US) Ltd. is and was at all relevant times a corporation duly organized under the laws of Washington, with its principal place of business in Seattle, Washington.

5. Defendant Liberty Mutual Fire Insurance Company ("Liberty") is a foreign insurance company that insures risks and issues insurance policies in Washington. On information and belief, Liberty is a corporation duly organized under the laws of Wisconsin, with its principal place of business in Massachusetts or Wisconsin.

## JURISDICTION & VENUE

6. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, et seq., as this action is between citizens of different states and the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs.

7. This Court has jurisdiction over Liberty based on Liberty's contacts with the forum, including that Liberty is and was at all relevant times an insurer doing business in the State of Washington, purposely availed itself of the privilege of conducting business in the State of Washington, and the claims advanced against Liberty arise out of Liberty's contact with the State of Washington, including but not limited to the insured construction project at issue being located in Washington, the insurance policy at issue being issued to Virginia Street in Washington, and Liberty breaching its obligations owed to Virginia Street and Build Group

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 2

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1

in Washington.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, et seq., as it is the judicial district in which: (a) a substantial part of the events, acts, and/or omissions giving rise to the claims set forth herein occurred; (b) the property that is the subject of this action is situated; and (c) the insurance policy that is the subject of this action was issued.

## FACTS

### A. THE CONSTRUCTION PROJECT

9. On January 7, 2021, Virginia Street and Build Group entered into a written contract ("Agreement") through which Build Group agreed to act as General Contractor for owner Virginia Street with respect to the construction of a forty-eight story, mixed use tower with commercial space and residential condominiums, located at 2003 3rd Avenue, Seattle, Washington 98121 (the "Project").

10. The Project's construction involved the installation of post-tensioned cables within the concrete decks and/or slabs for each story of the Project.

11. Pursuant to the Agreement, the original planned date for the notice to proceed for the Project was January 4, 2021, and the original planned date for substantial completion of the Project was December 29, 2023.

12. In or around the period of July 2022 through May 2023, several of the post-tensioned cables within the concrete decks and/or slabs failed. Several of the concrete slabs and decks then collapsed, causing significant damage to the Project as well as resulting delay in the Project's completion (the "Loss").

13. The Project was ultimately completed late in or around mid-2025, with the delay in completion being attributable to the Loss.

### B. THE BUILDERS RISK POLICY

14. Liberty sold Virginia Street a builder's risk policy that insures certain risks relating to the Project, policy number MK2-L9L-472812-011 ("Policy").

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 3

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1

15. Virginia Street is a named insured under the Policy.

16. Build Group is an additional insured under the Policy.

17. The Policy covers physical loss or damage to the Project's materials and supplies while the Project is under construction.

18. The Policy also includes various coverage extensions, including: "Claim Preparation Expense," "Contract Penalties," "Crane Re-Erection Expense," "Damage to **Existing Real Property** From Construction Operations," "Debris Removal," "Design Professional Fees," "Expediting and Extra Expense," "Miscellaneous Personal Property of Others," "**Pollutant** Clean-Up and Decontamination," "Preservation of Property Protection Expense," "Scaffolding, Forms or Falsework Re-erection Expense," and "**Spare Construction Materials**." (*Id.*, Form No. BR 00 01 01 19 § E. (pp. 6-18 of 26).)

19. The Policy's "Time Element Coverage" also provides coverage for certain "soft costs" and loss of income incurred due to a "delay in completion [of the Project] caused by direct physical loss or damage . . . . caused by a **covered cause of loss**."

20. The Policy is "all-risk," meaning it covers any cause of loss that is not specifically excluded: "**Covered cause of loss** means direct physical loss or damage, not otherwise excluded or limited in this Policy, which occurs during the Policy Term."

21. Because it is not excluded, "collapse" is a covered cause of loss under the Policy.

22. The Policy excludes "Faulty, Inadequate or Defective Workmanship or Design"—but subject to an "ensuing loss" clause:

> 2. We will not pay for:
>    . . . .
>    g. Faulty, Inadequate or Defective Workmanship or Design
>       Loss, damage, cost or expense caused by or resulting from faulty, inadequate or defective:
>       **(1)** Planning, zoning, development, surveying, siting;

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 4

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1

      **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

      **(3)** Materials used in repair, construction, renovation, remodeling, grading or compaction; or

      **(4)** Maintenance;

      Of part or all of any property on or off the **project site** described in the **Declarations** or **reporting form**.

      But if the faulty, inadequate or defective condition listed in paragraphs **g.(1)** through **g.(4)**, above, results in a **covered cause of loss**, we will pay for the direct physical loss or damage caused by that **covered cause of loss**, including such loss or damage to the original faulty, inadequate or defective **covered property**. . . .

(*Id.*, Form No. BR 04 01 01 19 § A.g. (p. 1 of 2).).

## C.   LIBERTY UNREASONABLY DENIES COVERAGE

23. The Project and the Loss are covered by the Policy.

24. In late 2022, Virginia Street and Build Group began submitting claims to Liberty seeking insurance benefits under the Policy for the Loss (the "Claims").

25. Liberty subsequently retained engineers from EFI Global, Inc. ("EFI") to investigate the Project and the Loss, and to prepare a report regarding EFI's assessment of the Loss. EFI then issued a "Post Tensioned Slab Damage Assessment" report, dated May 10, 2023, addressing the post-tensioned cable failures at floor 9 of the Project.

26. Although EFI's report identified purported *potential* causes "of the slab failure"—*e.g.*, unconsolidated concrete—EFI did not identify the cause of the damage to the Project.

27. Collapse was at least a cause of the damage to the Project and the Loss.

28. On May 18, 2023, just eight days after the report by EFI, Liberty denied coverage for the Claims as related to the post-tensioned cable failures at floor 9 of the Project.

29. Liberty's denial was based upon the Policy's Faulty Workmanship exclusion, and EFI's conclusions regarding the potential causes of the slab failure.

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 5

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

22606954.1

30. In its denial, Liberty failed to identify the cause of the actual damage to the Project (as opposed to the *potential* causes of the slab failure).

31. Liberty's denial also failed to recognize that collapse was at least a cause of the damage to the Project and the Loss, something Liberty would have discovered if it had conducted a reasonable investigation.

32. Moreover, when relying on the Policy's Faulty Workmanship exclusion to support its denial, Liberty also failed to apply or disclose to Virginia Street and Build Group the effect of the exclusion's "ensuing loss" clause—*i.e.*, "if the faulty, inadequate or defective condition . . . results in a covered cause of loss, we will pay for the direct physical loss or damage caused by that covered cause of loss, including such loss or damage to the original faulty, inadequate or defective covered property."

33. Subsequent to its May 18, 2023 denial, and for the same reasons articulated in that denial, Liberty also denied coverage for the balance of the Claims, including coverage for the damage occurring at floors 8, 21, 32, 41, and 42 of the Project.

34. Thereafter, Virginia Street and Build Group entered into a tolling agreement with Liberty in connection with their claims under the Policy related to the Loss, which tolling agreement was subsequently extended.

35. On January 13, 2025, Virginia Street and Build Group provided notice to Liberty and the Office of the Insurance Commissioner for Washington State of their intent to assert a claim against Liberty under Washington's Insurance Fair Conduct Act, RCW 48.30.015 ("IFCA").

36. Virginia Street's and Build Group's IFCA notice explained the bases for their IFCA cause of action.

37. More than 20 days have elapsed since Liberty received the IFCA notice, but Liberty has failed to resolve the basis for the IFCA cause of action.

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 6

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1

# CAUSES OF ACTION

## Declaratory Relief

38. Virginia Street and Build Group reallege and incorporate by reference each and every allegation set forth above in this Complaint.

39. A dispute and actual, justiciable controversy has arisen and now exists between Virginia Street and Build Group, on one hand, and Liberty, on the other hand, concerning their respective rights, obligations, duties, and liabilities under the Policy in connection with the Loss and the Claims.

40. Pursuant to 28 U.S.C. § 2201, Virginia Street and Build Group are entitled to a declaration regarding those rights, obligations, duties, and liabilities, including declarations that: (a) coverage is owed under the Policy for the Loss and the Claims, including coverage under both the "Builder's Risk Coverage Form" and the "Time Element Coverage" form; (b) Liberty breached the Policy by denying and failing to provide benefits owed to Virginia Street and Build Group under the Policy; (c) Liberty failed to conduct a reasonable investigation as required by _Coventry Assocs. v. Am. States Ins. Co._, 136 Wn.2d 269, 961 P.2d 933 (1998), and other applicable law; and (d) Liberty's breaches of the Policy relieved Virginia Street and Build Group of any duty to comply with Policy conditions.

## Breach of Contract

41. Virginia Street and Build Group reallege and incorporate by reference each and every allegation set forth above in this Complaint

42. The Policy is a valid and enforceable written contract which affords insurance coverage to Virginia Street and Build Group for the Loss and the Claim.

43. Liberty owed contractual duties to Virginia Street and Build Group under the Policy, including the duties to conduct a reasonable investigation; to pay for the cost of repairing the damage to the Project arising from the Loss; and to pay for the "soft costs," loss of income, and other covered losses resulting from that damage.

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 7

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

22606954.1

44. Liberty breached these and other duties owed under the Policy, proximately causing harm to Virginia Street and Build Group in an amount to be proven at trial.

### Bad Faith

45. Virginia Street and Build Group reallege and incorporate by reference each and every allegation set forth above in this Complaint.

46. Liberty owed Virginia Street and Build Group a duty to act reasonably and in good faith.

47. Liberty unreasonably breached these duties to Virginia Street and Build Group, proximately causing harm to Virginia Street and Build Group in an amount to be proven at trial.

### Violation of Washington Insurance Fair Conduct Act (RCW 48.30.015)

48. Virginia Street and Build Group reallege and incorporate by reference each and every allegation set forth above in this Complaint.

49. Liberty violated RCW 48.30.015 by unreasonably denying coverage and payment of benefits to Virginia Street and Build Group, and by violating one or more of the provisions set forth in RCW 48.30.015(5).

50. Liberty's violations of RCW 48.30.015 proximately caused harm to Virginia Street and Build Group in an amount to be proven at trial

### Violation of Washington's Consumer Protection Act (RCW 19.86)

51. Virginia Street and Build Group reallege and incorporate by reference each and every allegation set forth above in this Complaint.

52. According to RCW 48.01.030, the business of insurance is one affected by the public interest.

53. Liberty's violations of the Washington Administrative Code—including WAC 284-30-330(1), WAC 284-30-330(4), WAC 284-30-330(13), WAC 284-30-350(1), and WAC 284-30-370—constitute unfair or deceptive acts or practices occurring in trade or commerce,

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 8

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1

in violation of Washington's Consumer Protection Act, RCW Chapter 19.86.

54. Liberty's violations of the Consumer Protection Act has caused injury to Virginia Street's and Build Group's "business or property," as those terms are defined for the purposes of the CPA, RCW 19.86.090, in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for relief as follows:

1. A declaration as to the rights and obligations of the parties;

2. A monetary judgment against Liberty in amounts to be proven at or before trial;

3. Enhanced damages under RCW 48.30.015(2) and RCW 19.86.090;

4. An award of pre- and post-judgment interest as allowed by law;

5. An award of attorneys' fees and other costs of litigation, as allowed by statute, regulation, common law, or recognized ground in equity, and;

6. Such other and further relief as the Court may deem just and proper.

## **JURY DEMAND**

Plaintiffs demand a trial by jury pursuant to Fed. R. Civ. P. 38.

DATED this 6th day of February 2026.

HARPER | HAYES PLLC

By: s/ *Thomas M. Williams*
Thomas M. Williams, WSBA No. 47654
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
(206) 340-8010
twilliams@harperhayes.com
Attorneys for Plaintiffs Build Group, Inc. and
Virginia Street Joint Venture, LLC

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 9

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010
22606954.1